BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000


                 IN THE UNITED STATES DISTRICT COURT FOR THE

                        EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,            )   1:11-cr-00358 AWI
                                     )
                 Plaintiff,          )
                                     )
       v.                            )   STIPULATION TO
                                     )   ADVANCE HEARING AND
                                     )   ORDER
AURELIO ANAYA SANCHEZ,               )
                                     )
                                     )
                                     )
                 Defendants.         )
_____)

       Defendant, by and through his attorney, ROGER LITMAN, and the

United States of America, by and through its attorneys, BENJAMIN

B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant

United States Attorney, hereby enter into the following

stipulation:

       The parties to the above-captioned matter agree to advance

the March 12, 2012, hearing date as to this defendant and reset

the matter for a change of plea on March 5, 2012, at 10:00 a.m.

 DATED: February 29, 2012                Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                         By: /s/ Karen A. Escobar
                                           KAREN A. ESCOBAR
                                           Assistant U.S. Attorney

1

1

2                                                            /s/ Roger Litman
                                                             ROGER LITMAN
3                                                            Attorney for Defendant
                                                             Aurelio Anaya
                                                             Sanchez

4                                    O R D E R

5          Having read and considered the foregoing stipulation,

6          IT IS THE ORDER of the Court that the current hearing date of

7    March 12, 2012, is hereby advanced to March 5, 2012, at 10:00 a.m.

8    for a change of plea.

9    IT IS SO ORDERED.

10
     Dated:       March 1, 2012
11                                        CHIEF UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28